## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| IMERYS TALC AMERICA, INC., et al., | ) | Bankruptcy Case No. 19-10289-LSS |
| | ) | Bankr. BAP No. 24-00065 |
| Debtors. | ) | |
| _____ | ) | |
| RMI INSURERS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1232-MN |
| | ) | |
| IMERYS TALC AMERICA, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CYPRESS MINES CORPORATION, | ) | Bankruptcy Case No. 21-10398-LSS |
| | ) | Bankr. BAP No. 24-00066 |
| Debtor. | ) | |
| _____ | ) | |
| RMI INSURERS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1233-MN |
| | ) | |
| CYPRESS MINES CORPORATION, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **10th day of December 2024,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not believe that their disputes here can be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Opening Brief: | February 3, 2025 |
| Responsive Brief: | April 3, 2025 |
| Reply Brief: | April 17, 2025 |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE